AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Cafe Copium LLC,
DBA COCAINA CUBANA

*Plaintiff(s)*

v.

Vibeworks Inc.
DBA COCAINE COFFEE

*Defendant(s)*

Civil Action No. 4:26-cv-10153-DSL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vibeworks Inc.
d/b/a Cocaine Coffee
c/o United States Corporation Agents, Inc.
131 Continental Drive, Suite 305
Newark, Delaware 19713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ashley N. Sybesma
The Smith Law Firm
509 Whitehead Street
Key West, Florida 33040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
Clerk of Court

SUMMONS

Date: 08/19/2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts